IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GAMAAL ROBINSON, ET AL. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-09-1603 |
| | : | |
| EMPIRE EQUITY GROUP, INC., ET AL. | : | |

...o0o...

## ORDER OF JUDGMENT

The plaintiffs' motion for entry of default against defendant Patrick McGeeney has been reviewed. It is not opposed by McGeeney, who has failed to respond to discovery or otherwise participate in this litigation for a number of years. The plaintiffs' motion is supported by specific calculations and an affidavit as to attorneys' fees. Accordingly, it is hereby **ORDERED** that:

1. the plaintiffs' motion (ECF No. 247) is **Granted**;

2. judgment by default is **Entered** in favor of the plaintiffs and against Patrick McGeeney, jointly and severally with defendants Hestia Financial, Inc., Empire Equity Group, Inc., and 1st Metropolitan Mortgage, in the amount of **$8,675,214.10** for unpaid wages and liquidated damages, and attorneys' fees and costs in the amount of **$385,385.12**, for a total of **$9,060,599.20**.


December 8, 2017                                  /S/
Date                                              Catherine C. Blake
                                                  United States District Judge