IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GAMAAL ROBINSON, ET AL.          :
                                 :
  v.                             :     CIVIL NO. CCB-09-1603
                                 :
EMPIRE EQUITY GROUP, INC., ET AL.  :

...o0o...

## ORDER OF JUDGMENT

The plaintiffs' motion for entry of default judgment against defendants Hestia Financial, Inc., Empire Equity Group, Inc., and 1st Metropolitan Mortgage, has been reviewed. It is not opposed by the defendants, and it is supported by specific calculations and an affidavit as to attorneys' fees. Accordingly, it is hereby **ORDERED** that:

1. the plaintiffs' motion (ECF No. 246) is **Granted**;

2. judgment by default is **Entered** in favor of the plaintiffs and against defendants Hestia Financial, Inc., Empire Equity Group, Inc., and 1st Metropolitan Mortgage, jointly and severally with each other and with defendant Patrick McGeeney, in the amount of **$8,675,214.10** for unpaid wages and liquidated damages, and attorneys' fees and costs in the amount of **$385,385.12**, for a total of **$9,060,599.20**.


December 8, 2017                                /S/
Date                                     Catherine C. Blake
                                         United States District Judge